**Curlie MOORE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 64919.**

Missouri Court of Appeals,
Eastern District,
Division One.

June 7, 1994.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 4, 1994.

Application to Transfer Denied
Sept. 20, 1994.

David C. Hemingway, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

**ORDER**

PER CURIAM.

Movant appeals the denial of his Rule 24.-035 motion without an evidentiary hearing. We affirm. We find the findings of fact issued by the motion court in overruling Movant's Rule 24.035 motion were not clearly erroneous and no error of law appears. Rule 84.16(b)(2) and (5). We further find no precedential value and affirm by written order. Rule 84.16(b). A memorandum has been issued to the parties for their use only.